■    In the Matter of the Claim of SUSIE BECK, Appellant. LOUIS L. LEVINE, as Industrial Commissioner, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed March 5, 1975, which disqualified claimant from benefits effective September 25, 1974 on the ground she voluntarily left her employment without good cause. The decision appealed from is supported by substantial evidence and must be affirmed *(Matter of Rubenstein [Catherwood],* 33 AD2d 950). Decision af-

firmed, without costs. Greenblott, J. P., Sweeney, Kane, Larkin and Reynolds, JJ., concur.